In the Matter of Supplementary Proceedings: YONKERS-CAMEO, INC., Judgment Creditor, Respondent, v. LOUIS LIOSSATOS, Judgment Debtor, and JOHN

MARKATOS, Judgment Debtor, Respondent. THE BOWERY SAVINGS BANK, Third Party, Appellant.— Order unanimously modified by providing that as a condition to any liability on the part of the third party appellant to pay the sum demanded, the passbook must be presented or a bond in double the amount of the deposit be furnished by the judgment creditor respondent, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.